UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOURDES BARBOSA,

    Plaintiff,

v.                                                 Case No. 8:23-cv-1717-WFJ-CPT

AMAZON AIR KLAK,
RUSSELL WHITFIELD,
JAMIE HAN, and JESS HAMMOND,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's application to proceed *in forma pauperis* (Dkt. 2) and the complaint (Dkt. 1). The magistrate judge issued a report recommending that ruling on the motion be denied without prejudice and that the complaint be dismissed with leave to file an amended complaint. Dkt. 5. The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The magistrate judge, in a thorough analysis, found that the complaint (Dkt. 1) does not satisfy basic pleading requirements in both form and factual allegations. For the

reasons explained in the Report and Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

1. The Report and Recommendation (Dkt. 5) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) is denied without prejudice.

3. Plaintiff's complaint (Dkt. 1) is dismissed without prejudice. Plaintiff shall file an amended complaint, if so desired, in accordance with the Report and Recommendation within thirty (30) days. If an amended complaint that adequately pleads one or more cognizable causes of action over which the Court has jurisdiction is not timely filed, this matter will be closed without further notice.

**DONE AND ORDERED** at Tampa, Florida, on January 30, 2024.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Plaintiff, *pro se*